**Order filed December 19, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00333-CV

———————

**BILLY JEROME ABBOTT, JR., Appellant**

**V.**

**HEARTHWOOD I ASSOCIATION INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1090533**

---

## O R D E R

The clerk's record was filed May 7, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellee's counterclaim filed July 28, 2015.

The Harris County Clerk is directed to file a supplemental clerk's record on or before January 2, 2020, containing appellee's counterclaim filed July 28, 2015.

If the omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.